UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TUAN TRAN AND THOMAS DESHAIES,

     Plaintiffs,

v.

THOMAS L. DUPRE,

     Defendant.

Civil Action No.:  05-30030-KPN

## **VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs, Tuan Tran and Thomas Deshaies, hereby dismiss their claims against Defendant, Thomas L. Dupre, in the above-referenced action without prejudice and without costs.

PLAINTIFFS TUAN TRAN AND
THOMAS DESHAIES,

By their attorneys:

/s/ David G. Thomas
Robert A. Sherman, BBO #458520
David G. Thomas BBO # 640854
GREENBERG TRAURIG LLP
One International Place, 20th Floor
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Dated:  April 11, 2005